UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| IN THE MATTER OF A CRIMINAL COMPLAINT | ) | |
| AND ARREST WARRANT FOR: | ) | 1:26-MJ- 329 |
| FREDERIC JEAN RENE SICARD | ) | |

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Sean D. Reid, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKROUND

I am Special Agent with the Federal Bureau of Investigation ("FBI") and have been since 2018. I am currently assigned to the Nashville Division of the FBI. In this capacity, I am charged with investigating possible violations of federal criminal law. By virtue of my FBI employment, I perform and have performed a variety of investigative tasks, including functioning as a case agent on criminal cases. At the start of my employment, I received training on how to conduct criminal investigations at the FBI Academy in Quantico, Virginia. I have also received training and gained experience in interviewing and interrogation techniques, the execution of federal search warrants, seizures, and the identification and collection of evidence. During my time in law enforcement, I have gained training and background in a variety of investigative and legal matters, including incidents involving violations of unlawful voting. I am a law enforcement officer who is engaged in enforcing the criminal laws, and I am authorized by the Attorney General to carry a firearm, execute warrants, make arrests for offenses against the United States, and to perform other duties authorized by law.

This affidavit is made in support of an application for an arrest warrant for FREDERIC JEAN RENE SICARD ("SICARD") for a violation of Title 18, United States Code, Section 611, that is, voting by aliens.

**PROBABLE CAUSE**

In October 2025, the FBI received information from both the Office of the Tennessee Secretary of State and the U.S. Attorney's Office for the Eastern District of Tennessee regarding potential election fraud matters. This included information that Frederic Jean Rene Sicard, a non-U.S. citizen, was registered to vote and voted in the 2024 U.S. Presidential Election. The information provided included a copy of Sicard's voter registration, ballot application (provided to voters at their polling location at the time of voting), and an overview of Sicard's voter history from that same election.

Sicard's voter registration lists his identifying information, to include Sicard's full name, date of birth, Social Security number, sex, place of birth (France), and his residential address. The registration is signed with "Frederic Sicard" handwritten next to the signature and is dated 19 September 2026. In the voter registration document, Sicard asserts that he is a citizen of the United States and a resident of Tennessee. The voter history information denotes Sicard's registration date, a voter identification number ("voter ID"), the county in which the vote was cast (Bradley), and the election date, 05 November 2024, which was the date of the 2024 U.S. presidential election.

The ballot application generated for Sicard on the date of this election contains Sicard's name (minus "Rene") and address, a voter ID that matches his voter registration, a space marked with an "X" affirming his Tennessee address, and a signature. Sicard's ballot application does not

have the word “VOID” on it. Based on an interview with a Bradley County, Tennessee election official, Affiant is aware that a ballot application without a “VOID” marking indicates that individual indeed voted.

The FBI contacted U.S. Homeland Security Investigations (“~~HIS~~” HSI) to verify Sicard’s immigration status. On 07 October 2026, HSI confirmed that Sicard was a non-U.S. citizen and currently a U.S. lawful permanent resident (“LPR”).

**CONCLUSION**

Based on the foregoing, affiant submits that there is probable cause to establish that Frederic Jean Rene Sicard, who was not a U.S. citizen, did vote in the November 2024 United States Presidential Election, in violation of Title 18, United States Code, Section 611

Subscribed and Sworn to this 23rd day of October, 2026,

FBI Special Agent Sean D. Reid

Hon. Mike Dumitru
United States Magistrate Judge